| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Icon Eyewear, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Packaging 17/F. Wenzhou International Trade Centre 8 Liming Rd.,(W). Rd(W), Wenzhou CHINA Wenzhou, China** | | | | | | **$2,434,088.07** |
| **LinHai KaiFei Optical Co., Ltd. DeFen Banyan Industrial Zone DuQiao Town, LinHai, Taizhou Zhejiang Province, CHINA** | | | | | | **$880,419.67** |
| **Ephraim Zinkin 487 Harrison Avenue Highland Park, NJ 08904** | | | | | | **$400,000.00** |
| **Calares - Naturalizer/Franco 830 Maryland Avenue Saint Louis, MO 63105** | | | | | | **$291,500.00** |
| **FedEx Freight 2200 Forward Drive Harrison, AR 72602-0840** | | | | | | **$150,143.62** |
| **1001 Sixth Associates ABS Partners Real Estate, LLC 200 Park Avenue South New York, NY 10003** | | | | | | **$103,121.98** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Icon Eyewear, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Janice Ahn**<br>**690 Long Bridge**<br>**Street**<br>**#1301**<br>**San Francisco, CA**<br>**94158** | | | | | | **$100,000.00** |
| **IP Holdings Unltd**<br>**LLC**<br>**103 Foulk Road**<br>**Suite 116**<br>**Wilmington, DE**<br>**19803** | | | | | | **$93,750.00** |
| **Chase Card**<br>**Services**<br>**PO Box 15153**<br>**Wilmington, DE**<br>**19886-5153** | | | | | | **$77,802.75** |
| **AAA License**<br>**Company LLC**<br>**1231 Long Beach**<br>**Avenue**<br>**Los Angeles, CA**<br>**90021** | | | | | | **$63,012.29** |
| **Michael Cotton**<br>**77 East 119th Street**<br>**Apt 2**<br>**New York, NY 10035** | | | | | | **$62,800.00** |
| **Park City Group**<br>**299 S. Main Street**<br>**Suite 2225**<br>**Salt Lake City, UT**<br>**84111** | | | | | | **$55,420.71** |
| **B & G Plastics, Inc.**<br>**37 Empire Street**<br>**Newark, NJ**<br>**07114-1409** | | | | | | **$50,775.22** |
| **O.E.C. Express**<br>**Corp.**<br>**153-63 Rockaway**<br>**Blvd.**<br>**Jamaica, NY 11434** | | | | | | **$46,478.20** |
| **Market Connect**<br>**Group**<br>**200 Broadacres**<br>**Drive**<br>**Bloomfield, NJ**<br>**07003** | | | | | | **$39,976.07** |
| **Paige Packaging**<br>**1 Paul Kohner Place**<br>**Elmwood Park, NJ**<br>**07407** | | | | | | **$38,993.10** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Icon Eyewear, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Williamson-Dickie Mfg. Co. 509 W Vickery Blvd. Fort Worth, TX 76104** | | | | | | **$34,428.73** |
| **Lawrence Service LLC 1405 Xenium Lane North Suite 250 Plymouth, MN 55441** | | | | | | **$32,604.26** |
| **Gottlieb, Rackman & Reisman, P.C. 270 Madison Avenue New York, NY 10016-0601** | | | | | | **$31,312.87** |
| **Bureau Veritas Hong Kong  WIRE 1/F Pacific Trade Center 2 Kai Hing Road Kowloon Bay Hong Kong** | | | | | | **$30,867.70** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy